failure to prosecute in accordance with the rules.

**Linh TRUONG, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 05–3188.**

United States Court of Appeals, Federal Circuit.

June 27, 2005.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due on or before July 18, 2005.

**Peter F. GRIFFITHS, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

**No. 05–3184.**

United States Court of Appeals, Federal Circuit.

June 27, 2005.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due on or before August 2, 2005.

**In re GEMSTAR DEVELOPMENT CORPORATION PATENT LITIGATION**